UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Jafar Borden,

Defendant.

15-cr-95-23 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court previously appointed the Federal Public Defender for the Southern District of

New York to represent several Defendants in this matter in filing habeas petitions based on the

Supreme Court's recent decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). *See* Dkt. No.

2619. The Government has now consented to Mr. Borden's habeas petition based on *Davis* and

requests that he be resentenced. *See* Dkt. No. 2716. Accordingly, Mr. Borden now needs

unconflicted CJA counsel. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the

discretion of the Court, Matthew Kluger is hereby appointed to represent Mr. Joseph for his

resentencing.

The U.S. Probation Office for the Southern District of New York and the United States

District Court Clerk's Office for the Southern District of New York are authorized to disclose

any Presentence Investigation Report, Statements of Reason, and Judgment to Mr. Kluger.

Mr. Kluger should file a notice of appearance in this matter within one week of the date

of this Order. Within two weeks of the date of this Order, the parties should jointly propose a

schedule for resentencing Mr. Borden.

A copy of this order will be mailed to Mr. Borden and that mailing will be noted on the

public docket.

SO ORDERED.

Dated: January 6 , 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge