UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Jafar Borden,

          Defendant.

15-cr-95 (AJN)

ORDER

JAN 2 4 2020

ALISON J. NATHAN, District Judge:

The resentencing of Jafar Borden in light of *United States v. Davis*, 139 S. Ct. 2319 (2019), is hereby scheduled for April 22, 2020 at 11:00 a.m. The Court orders the preparation by the Probation Department of a revised presentence report.

Supplemental sentencing submissions from the Defendant, if any, are due on or before April 15, 2020. The government's supplemental submission, if any, is due on or before April 17, 2020.

SO ORDERED.

Dated: January 23, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge