Case 1:15-cr-00095-AJN   Document 2852   Filed 05/14/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                               :
UNITED STATES OF AMERICA,             :
                                               :
            -v-                               :           15-CR-95 (AJN)
                                               :
JAFAR BORDEN,                            :           <u>ORDER</u>
                                               :
                     Defendant.                 :
                                               :
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

        It is hereby ORDERED that the defendant in the above-captioned case, USM Number 77457-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

        SO ORDERED.

Dated: May 14, 2020
          New York, New York                                _____
                                                                         ALISON J. NATHAN
                                                                  United States District Judge