UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/22

United States of America,

–v–

Jafar Borden,

               Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A preliminary revocation hearing is scheduled in this matter for March 23, 2022, at 2:00 p.m. The proceeding will be held in-person in Courtroom 906 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: March 21, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge