

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 9, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jafar Borden*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

      The Government writes to request an adjournment of the status conference in defendant Jafar Borden's violation of supervised release matter scheduled for tomorrow, August 10, 2022.

      On or about August 8, 2022, the Bronx County criminal cases underlying specifications One through Four of the violation report (relating to an alleged strangulation of a relative of the defendant's and assault and obstruction of a law enforcement officer) were dismissed. (The defendant also is charged with specifications relating to drug use and failing to report to drug treatment, among other violations).

      In view of the nature of the alleged domestic violence offense, and the fact that the defendant had previous charges relating to an alleged August 2020 strangulation of a romantic partner, which case was also dismissed in Bronx County, the Government seeks a brief adjournment to investigate whether Specifications One through Four can be proved. The Government spoke with defense counsel today, who consented to the adjournment request, but requested that the next conference occur on or after September 14, 2022. The Probation Department also joins the adjournment request.

The parties' request is granted. The status conference current scheduled for August 10, 2022, at 4:30 p.m. is adjourned to September 14, 2022, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Date: August 10, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/_____
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc:    Daniel Parker, Esq.
       Godwin Ogunmefun, U.S.P.O.