

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2022

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Jafar Borden*, 15 Cr. 95 (JPC)

Dear Judge Cronan:

      The Government respectfully submits this letter on behalf of both parties and the Probation Department to provide an update and to request an adjournment of the status conference in defendant Jafar Borden's violation of supervised release matter scheduled for September 14, 2022.

      Since the last status update, the Government has investigated the allegations against the defendant in the current specifications and the Government and defense counsel were engaged in productive conversations regarding a resolution of the specifications. In the course of that investigation, the Government and the Probation Department became aware that the defendant was the subject of an additional allegation of a misdemeanor menacing charge relating to an incident that was alleged to have occurred on March 23, 2022, and that a New York City Police Department ("NYPD") Investigation Card ("I-Card") was pending against the defendant. As a result, the Probation Department directed the defendant to report to an NYPD precinct today to resolve the open I-Card. According to counsel for Mr. Borden, he has contacted the precinct and intends to surrender tomorrow morning at the direction of the precinct. The Government understands that if the defendant does not report to the precinct tomorrow, the Probation Department intends to direct the defendant to report to the Probation Department tomorrow, with any necessary additional report to the Court to follow. The Government also understands that subsequent to the defendant's arrest for the March 23, 2022 incident, the Probation Department expects to amend the pending violation specifications to include the March 23, 2022 incident.

Accordingly, the Government, the defendant, and the Probation Department jointly seek an adjournment of the conference in this matter for approximately 30 days. This time would allow the Probation Department to amend the specifications, the Government to investigate the March 23, 2022 allegations, and the parties to discuss any resolution of, or intention to proceed to a hearing on, the amended specifications.

Defense counsel has advised the Government that he will be out of state from October 12-16 and so the parties respectfully request that the Court set a conference date for the week of October 17, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s_____
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc: Daniel Parker, Esq.
Godwin Ogunmefun, U.S.P.O.

The Parties request is GRANTED. The next status conference in this matter, currently scheduled for September 14, 2022, is adjourned to October 18, 2022 at 2:30 p.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

September 12, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge