**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER      TELEPHONE: (212) 239-9777
MICHAEL CARMODY     FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER     DanielParker@aol.com

October 10, 2022

**By ECF and email**
Hon. John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Jafar Borden**
15 Cr 95 (JPC) - VOSR

Dear Judge Cronan:

    I write requesting that the Court adjourn the scheduled conference date of October 18, 2022 to December 7, 8 or 9, 2022.

    I am starting a racketeering trial in the EDNY on October 17, 2022 and the case is expected to last approximately 6 weeks.

    Thank you for your immediate attention to, and consideration in, this matter.

Respectfully submitted,

*Daniel S. Parker* (signature)

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
Tel. 917-670-7622

Cc:  AUSA D. Skinner (By email)

---

Defendant's request is granted in part. Due to scheduling conflicts the week of December 5, the conference currently scheduled for October 18, 2022 is adjourned to December 13, 2022 at 1:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Seven days before the conference, the parties shall submit a joint letter to the Court as to the status of the case and their plan for the conference.

SO ORDERED.

October 10, 2022
New York, NY

*John P. Cronan* (signature)
JOHN P. CRONAN
United States District Judge